FILED
5/9/2019
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
APR 30 2019
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

LAURENCE WALKER

(Enter above the full name of the plaintiff or plaintiffs in this action)

vs.

Case No: 1:18-CV-05240
(To be supplied by the Clerk of this Court)

OFFICER SCACCIANOCE

(Enter above the full name of ALL defendants in this action. Do not use "et al.")

**CHECK ONE ONLY:**

**AMENDED COMPLAINT**

X **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

___ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

___ **OTHER** (cite statute, if known)

***BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.***

I Plaintiffs

(A) Name: Laurence Walker

(B) List all aliases: Lawrence Walker

(C) Prisoner Identification number: R74729

(D) Place of present confinement: Illinois Department of Corrections

(E) Address: Hill Correctional
P.O. Box 1700
Galesburg Il 61402

(If there is more than one plaintiff then each plaintiff must list his or her name aliases, ID number, place of confinement, and current address according to the above format on a sperate sheet of paper)

II Defendants

(In A below place the Full name of the First Defendant in the First blank, his or her official position in the second blank and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C)

(A) Defendant: Officer Scacclanoce
Title: Cook County Deputy Sheriff
Place of Employment: Cook County Jail Division 9



III List All lawsuits you (and your co-plaintiffs if any) have Filed in any State or Federal Court in the United States

(A) Name of case and docket Number Laurence Walker vs. T. Mrozik 1:18-cv-05240

(B) Approximate date of Filing 8/1/18

(C) List all plaintiffs including any aliases: Laurence Walker aliases Lawrence Walker

(D) List all Defendants T. Mrozik

(E) Court in which lawsuit was Filed Illinois Northern District

(F) Name of Judge assigned Edmond E Chang

(G) Basic claim Excessive Force

(H) Disposition of case still pending

(I) Approximate date of disposition N/A

(A) Name of case and docket Number: Laurence Walker vs T. Mrozik 17 C 3859

(B) Approximate date of Filing 5/21/17

(C) List of all plaintiffs including any aliases Laurence Walker aliases Lawrence Walker

(D) List all Defendants T. Mrozik

(E) Court in which lawsuit was Filed Illinois Northern District

(F) Name of Judge assigned Edmond E Chang

(G) Basic Claim Excessive Force

(H) Disposition of case Dismissed without prejudice

(I) Approximate Date of Disposition 1/1/18

(A) Name of case and docket number Laurence Walker vs Alverez case no unknown

(B) Approximate Date of Filing 3/1/17

(C) List all plaintiffs Laurence Walker

(D) List all Defendants Anita Alverez

(E) Court in which the lawsuit was Filed ( Illinois Northe[rn] District

(F) Judge of whom case was assigned Rebecca Pallmeyer

(G) Basic Claim Wrongful arrest

(H) Disposition of case Dismissed without prejudice

(I) Approximate date of disposition 7/1/17

(A) Name of case and docket number Laurence Walker vs Considine case no Unknown

(B) Approximate Date of Filing 5/1/13

(C) List of all plaintiffs Laurence Walker

(D) List all Defendants Considine & Alverez

(E) Court in which the lawsuit was Filed Illinois Northern District

(F) Judge of whom case was assigned Rebecca Pullameyer

(G) Basic Claim Wrong Ful Arrest

(H) Disposition of case Settlement

(I) Approximate Date of disposition 5/1/15

Plaintiff Laurence Walker pro se alleges as follows:

Introduction

① This action is brought pursuant to 42 USC 1983 to redress the deprivation under color of law of the Rights of Plaintiff secured by the United States Constitution.

② On 2/16/18 Plaintiff was brutally attacked by inmates while in custody at the Cook County Department of Corrections (hereafter "CCDOC"). Defendants knew that Plaintiffs life had been threatened several times, and he knew that he needed to take measures to protect Plaintiff or he would be seriously injured. On 2/16/18 Plaintiff reported multiple times to the Defendant that he was being threatened by several inmates on the same tier. Plaintiff was very specific as to who the inmates were why they wanted to harm him what cells they were in and what their physical descriptions were. Instead of heeding Plaintiff's warnings that his life was in danger and taking measures to protect Plaintiff from the several inmates the defendant failed to do anything to protect Plaintiff from the inmates who were threatening him. The brutal attack on Plaintiff was due to the Defendant's deliberate indifference to the safety of Plaintiff and the attack would have easily been avoided if the Defendant had arranged for Plaintiff to be moved off

of the tier and placed in a place of safety away from the several inmates.

## Parties

(3) Plaintiff is currently an inmate of [illegible] Hill Correctional Center. At all times relevant to this lawsuit Plaintiff was a detainee of the CCDOC.

(4) Defendant Officer Scacclanoce (hereafter "Scacclanoce") is a Correctional Officer for the CCDOC. At all times relevant to this lawsuit, Scacclanoce was an agent of the Cook County Sheriff's Department, was acting within the scope of his agency and under color of law. Scacclanoce is sued in his individual capacity.

## Jurisdiction and Venue

(5) The jurisdiction of this court is invoked pursuant to 28 USC 1331 and 1343

(6) Venue is proper under U.S.C. 1391(b) because [illegible] Defendant resides in this judicial district and are residents of Illinois. Additionally the events giving rise to this claim occurred within this judicial district.

## Facts and Claim for Relief

(7) On 2/16/18 Plaintiff was an inmate at the CCDOC. Plaintiff was being housed in Division 9 Deck 2E of the CCDOC

(8) On that Day Commissary was being passed out to inmates where Plaintiff was housed at CCDOC.

(9) Because on Commissary Day in Division 9 CCDOC supermax people are often beaten stabbed and robbed For their Commissary. Division 9 of CCDOC have a policy that 2 inmates to a cell are to be allowed out at a time to get their Commissary Then they must lock up so the next cell maybe let out to get their Commissary

(10) On this Date Commissary arrived late So Scacclanoce in a rush to Finish the tier let the entire bottom deck out at once.

(11) The inmates had been locked up the entire morning and was reluctant to lock up. They began to play cards use the phone after getting their Commissary instead of locking back up

(12) Scacclanoce was trying to lock the bottom deck up but the inmates were reluctant to go in the cell so Scacclanoce yelled out to the tier " While you all are taking your time locking up youll are going to Scare the top deck From getting their Commissary.

(13) That Statement By Scacclanoce meant that if the inmates on the bottom deck didnt lock up none of the inmates

on the top deck would recieve their Commissary

(14) I was housed on the top deck so I yelled out to the Dayroom " lock youll bitch asses up so I can get my Commissary"

(15) One of the inmates who was Scacclanoce workers For the deck who was housed in the next cell From me nicknamed E-Dog called out to me From the Dayroom " Law shut your bitch ass up stop doing the Police job"

(16) I told the inmate nicknamed E-Dog " I didnt know who he was calling a bitch He need to slow his pussy ass down" He replied Im talking to you nigga

(17) I told E-Dog I dont know why he was even talking I was talking to the people on the bottom deck I dont got No beef with him Im just trying to get my Commissary

(18) E-Dog yelled out that He was tried of my shit He didnt care who I was talking to. That I wasnt going to get shit that once I got my Commissary I had to give it to him

(19) I told E-Dog nigga you must be crazy Im not giving your ass shit.

(20) E-Dog told me that him and his celle was going to roll me then

(21) Roll is a jail term meaning that him and other inmates where going to jump me

(22) Scacclanoce was on the deck as me and E-Dog yelled at one another he was able to hear the entire altercation

(23) Once Scacclanoce locked the bottom deck up for the most part he came to let inmates out from the top deck When Scacclanoce let me out of the cell I told him its going to be an altercation between me and his two workers who lived in the cell next door to me the one with the dreads and the one with the haircut That I want to go to protective custody

(24) Scacclanoce told me from the way I was talking I would be ok don't worry laughed and walked off. After letting a few other inmates out Scacclanoce left off of the wing.

(25) I went to E-Dog to try and defuse the situation We stepped in the washroom to talk. I once again told him I didnt want no problems with him He told me you think your ass tough you about to get in line and give yourshit

up each week or me and my celle go roll your ass He then showed me a knife.

(26) Seeing it wasnt no reasoning after a few moments I went into the interlock and got my Commissary. While doing so I told Scacclanoce that his workers E-Dog with the dreads and his celle is threatening to stab and beat me if I dont give up my Commissary that I want to go into protective custody E-Dog just showed me a knife.

(27) Scacclanoce once again brushed me off saying "who you talking about Eastend and Kurby". I replied "yea" Scacclanoce told me They were his workers you ain't got to worry about them doing anything to you. Walker you dont need protective custody Ive known both of them for years ~~god~~ that's why they're my workers. you'll be ok.

(28) After being brushed off again by Scacclanoce I walked back on the wing set my Commissary bag on the table and sat down trying to stay in the officers eye sight.

(29) I walked into the washroom to use the restroom and was attacked from behind When I tried to run I was pulled into the shower area where I was beaten unconcious stabbed and sexually assualted.

(30) During the attack I went into cardiac arrest from my injuries and woke up in Stroger Hospital.

(31) During the attack I suffered a broken nose a fractured eye socket a stab wound to the upper side of my lip and was sexually assualted by having my ass cheeks spread and spit into

(32) As a result of this incident I experience on going symptoms such as vision disturbances, dizziness and brain freezes that causes memory lapes. And is currently taking psychotropic drugs to help deal with depression, anixety, problems sleeping, and nightmares of this incident. And is in therapy sessions.

(33) 2/16/18 when Plaintiff was attacked Scacclanoce were aware that Plaintiff had been threatened multple times and that he was in danger of being seriously harmed. yet he Failed to take any measures to Protect Plaintiff from the inmates who threatened him and subsequently brutally attacked him. Had the defendants not been deliberately indifferent to Plaintiffs pleas to him that he was being threatened and reported the threats to his supervisors or moved him off the tier to a place of safety he would have been protected from the inmates who threatened him and he would not have been

brutally attacked

(34) As a result of the unjustified and unconstitutional conduct of ~~each~~ the defendant Plaintiff sustained serious physical injuries and experienced and is still experiencing pain, suffering, and serious emotional distress. The defendant acted intentionally with malice willfulness and deliberate indifference to the rights of Plaintiff and violated Plaintiffs constitutional rights by willfully ignoring his pleas to them to be moved off of the tier because he was being threatened.

(35) Defendant Scacclanoce are liable to Plaintiff pursuant to 42 U.S.C 1983 based on their deliberate indifference to Plaintiffs safety in that he knew he was the subject of credible threats of imminent serious physical harm but failed to take any action from this foreseeable brutal attack.

(36) Plaintiff a pretail Detainee on date of attack brings this claim of failure to protect against Defendant Scacclanoce under the substantive component of the Fourteenth Amendments Due Process Clause. Scacclanoce breach of duty to protect makes him liable because he was aware of a substantial risk of serious injury but failed to take

appropriate steps to protect the Plaintiff From danger.

(37) Plaintiff hereby demands trial by Jury

Relief: Accordingly Plaintiff request Compensatory and punitive damages be awarded against the defendant in the amount of 10,000,000 For Pain and Suffering and to cover expenses For Future therapy sessions and medical bills For psychotropic drugs to help deal with depression anxiety sleeping problems and nightmares From this incident.

Laurence Walker
R74729
P.O. Box 1700
Galesburg Il 61402

Certification

By signing this Complaint I certify that the Facts stated in this Complaint are true to the best of my knowledge information and belief. I understand that if this certification is not correct I may be subject to sanctions by the court. La Walk



Exhibit #1

# COOK COUNTY SHERIFF'S OFFICE

*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE FORM

*(Formulario de Queja del Preso)*

| CONTROL # | INMATE ID # |
|---|---|
| | |

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !** *(! Para ser llenado solo por el personal de Inmate Services !)*

- ☐ Emergency Grievance
- ☐ Grievance
- ☐ Non-Compliant Grievance
- ☐ Cermak Health Services
- ☐ Superintendent: ____________
- ☐ Other: ____________

| PRINT - INMATE LAST NAME *(Apellido del Preso)*: | PRINT - FIRST NAME *(Primer Nombre)*: | INMATE BOOKING NUMBER *(# de identificación del Preso)* |
|---|---|---|
| W[illegible]ER | [illegible] | [illegible] |
| **DIVISION** *(División)*: | **LIVING UNIT** *(Unidad)*: | **DATE** *(Fecha)*: |
| 9 | 1[illegible] | 8/18/18 |

## GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

**Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.**

**The grieved issue is not one of the following non-grievable matters: formulation of departmental policies, inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.**

**The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, harassment, voyeurism, or abuse. If the grievance includes an allegation of sexual assault, harassment, voyeurism, or abuse no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.)**

**The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.**

**The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.**

**The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days**

**The grieved issue must not contain offensive or harassing language.**

**The grievance form must not contain more than one issue.**

**The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.**

## DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA

**El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.**

**El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: formulación de reglas del departamento. Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los presos.**

**El asunto de la queja formal tiene que haber pasado en los últimos 15 días calendarías a menos que la acusación sea de acoso sexual, hostigamiento, voyerismo, o abuso. Si la queja incluye acusaciones de acoso sexual, hostigamiento, voyerismo, o abuso, no existe tiempo límite. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).**

**El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.**

**El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.**

**El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.**

**El asunto de la queja no puede contener lenguaje ofensivo o amenazante**

**La solitud de la queja no puede contener más de un asunto.**

**El asunto de la queja no puede corresponder a asuntos no relacionados con la cárcel tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.**

| REQUIRED - DATE OF INCIDENT *(Fecha del Incidente)* | REQUIRED - TIME OF INCIDENT *(Horad del Incidente)* | REQUIRED - SPECIFIC LOCATION OF INCIDENT *(Lugar Especifico del Incidente)* | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED *(Nombre y/o Identificación del Acusado)* |
|---|---|---|---|
| 8[illegible] | | D[illegible] | [illegible] |

Ive been putting in medical slips to see a mental health doctor The other day I seen one of the guys who attacked me on Feb 16 2018 At first I didnt really remember the attack Because I was beat unconscious Since I seen the guys [illegible] Ive been having flash backs of the attack Ive been unable to sleep Ive woken up every night with sweats breathing heavy twice Ive pissed on myself I dont know what's wrong with me It be like while Im dreaming I can feel the punches hitting me It be seeming so real The stab to my lip me getting my ass beat in me losing consciousness me pissing on myself I can sense it all happening all over again I need to see a mental health doctor

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: *(Nombre del personal o presos que tengan información:)* | INMATE SIGNATURE: *(Firma del Preso)*: |
|---|---|
| CCDOC Health Care | [signature] |

**SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: |
|---|---|---|
| CRW S. Miller | [signature] | 8/22/2018 |
| **SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):** | **SIGNATURE:** | **DATE REVIEWED:** |
| | | |

Exhibit #2

**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina Del Alguacil del Condado de Cook)*

**INMATE GRIEVANCE RESPONSE/APPEAL FORM**
*(Formulario de Queja del Preso/ Apelación)*

| CONTROL NUMBER | INMATE # |
|---|---|
| 2018X10231 | 0511113 |

**INMATE INFORMATION TO BE COMPLETED BY INMATE SERVICES PERSONNEL ONLY**

| INMATE LAST NAME *(Apellido del Preso)*: | INMATE FIRST NAME *(Primer Nombre)*: | ID Number *(# de Identificación)*: |
|---|---|---|
| Walker | Lawrence | 2016092021 |

**GRIEVANCE ISSUE AS DETERMINED BY CRW:** 710 - Mental Health Treatment

**IMMEDIATE CRW RESPONSE (if applicable):** (CRW informed Mental Health Staff (Goodfriend)

**CRW/ REFERRED THIS GRIEVANCE TO** (*Example:* Superintendent, Cermak Health Services ): Cermak

**DATE REFERRED:** 8/23/2018

**RESPONSE BY PERSONNEL HANDLING REFERRAL**

Per your chart, MH counselor saw you on 8/23/18. Since you just came back from Stroger, I will schedule a follow up MH clinic appt.

| PERSONNEL RESPONDING TO GRIEVANCE (Print): | SIGNATURE: | DIV./DEPT. | DATE: |
|---|---|---|---|
| C. Gon | [signature] | MH | 08/29/18 |

**THIS SECTION IS TO BE COMPLETED BY INMATE!**

INMATE

| INMATE SIGNATURE *(Firma del Preso)*: | DATE RESPONSE WAS RECEIVED: *(Fecha en que la respuesta fue recibida)* |
|---|---|
| [signature] | ___/___/___ |

INMATE

**INMATE'S REQUEST FOR AN APPEAL** *( Solicitud de Apelación del Preso)*

**THIS SECTION IS TO BE COMPLETED BY INMATE!**

TO BE COMPLETED BY INMATE

- To exhaust administrative remedies, grievance appeals must be made within 15 calendar days of the date the inmate received the response. An appeal must be filed in all circumstances in order to exhaust administrative remedies.
  *(Con el fin de agotar los recursos administrativos, las apelaciones de las quejas se deben realizar en el plazo de 15 días después de que el recluso haya recibido la respuesta. La apelación se debe enviar en todos los casos a fin de agotar los recursos administrativos.)*
- Independent of the CCDOC procedure and after receiving an appeal decision, if you are dissatisfied with the outcome, you must submit the appeal grievance to the Illinois Department of Corrections, Jail and Detention Standards Unit, 1301 Concordia Court, P.O. Box 19277, Springfield Illinois 62794.
  *(De manera independiente del procedimiento del CCDOC, y tras recibir la resolución de una apelación, si no está satisfecho con el desenlace, debe enviar la queja de la apelación a Illinois Department of Corrections, Jail and Detention Standards Unit, 1301 Concordia Court, P.O. Box 19277, Springfield Illinois 62794.)*

**DATE OF INMATE'S REQUEST FOR AN APPEAL:** *(Fecha de la solicitud de la apelación del preso:)* ___/___/___

**INMATE'S BASIS FOR AN APPEAL:** *(Base del preso para una apelación:)*

TO BE COMPLETED BY INMATE

**ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?** Yes *(Si)* ☐ No ☐
*(Apelación del preso aceptada por el administrador o/su designado(a)?)*

**INMATE SERVICES DIRECTOR/DESIGNEE'S DECISION OR RECOMMENDATION:** *(Decision o recomendación por parte del administrador o/su designado(a):)*

| INMATE SERVICES DIRECTOR/DESIGNEE *(Administrador o/su Designado(a))*: | SIGNATURE *(Firma del Administrador o/su Designado(a):)*: | DATE *(Fecha)*: |
|---|---|---|
| | | ___/___/___ |

**THIS SECTION IS TO BE COMPLETED BY INMATE!**

INMATE

| INMATE SIGNATURE *(Firma del Preso)*: | DATE APPEAL RESPONSE WAS RECEIVED: *(Fecha en que la respuesta fue recibida)* |
|---|---|
| | ___/___/___ |

INMATE

Exhibit #3

**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina del Alguacil del Condado de Cook)*

**INMATE GRIEVANCE FORM**
*(Formulario de Queja del Preso)*

| CONTROL # | INMATE ID # |
| --- | --- |
| | |

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !** *(! Para ser llenado solo por el personal de Inmate Services !)*

☐ Emergency Grievance
☐ Grievance
☐ Non-Compliant Grievance
☐ Cermak Health Services
☐ Superintendent: ______
☐ Other: ______

| PRINT - INMATE LAST NAME *(Apellido del Preso):* | PRINT - FIRST NAME *(Primer Nombre):* | INMATE BOOKING NUMBER *(# de identificación del Preso)* |
| --- | --- | --- |
| Walker | Laurence | 20160920021 |
| DIVISION *(División):* | LIVING UNIT *(Unidad):* | DATE *(Fecha):* |
| 10 | 3B | 8/26/18 |

## GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

**Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.**

The grieved issue is not one of the following non-grievable matters: formulation of departmental policies, inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.
The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, harassment, voyeurism, or abuse. If the grievance includes an allegation of sexual assault, harassment, voyeurism, or abuse no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.)
The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.
The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days
The grieved issue must not contain offensive or harassing language.
The grievance form must not contain more than one issue.
The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

## DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA

**El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.**

El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: formulación de reglas del departamento. Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los presos.
El asunto de la queja formal tiene que haber pasado en los últimos 15 días calendarías a menos que la acusación sea de acoso sexual, hostigamiento, voyerismo, o abuso. Si la queja incluye acusaciones de acoso sexual, hostigamiento, voyerismo, o abuso, no existe tiempo límite. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).
El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 dias calendarios.
El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.
El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.
El asunto de la queja no puede contener lenguaje ofensivo o amenazante
La solitud de la queja no puede contener más de un asunto.
El asunto de la queja no puede corresponder a asuntos no relacionados con la cárcel tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.

| REQUIRED - DATE OF INCIDENT *(Fecha del Incidente)* | REQUIRED - TIME OF INCIDENT *(Horad del Incidente)* | REQUIRED - SPECIFIC LOCATION OF INCIDENT *(Lugar Específico del Incidente)* | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED *(Nombre y/o Identificación del Acusado)* |
| --- | --- | --- | --- |
| 2/16/18 | 11:30 pm | Div9 2E | Officer Scacclance |

On 2/16/18 Officer Scacclance was locking the bottom deck up while me and another inmate agrued Officer Scacclance heard the agrument when he let me out to get my commissary I told him it maybe a problem he told me not to worry when I went into the interlock I told him again I got my commissary and got the same reply I came back on the wing when I went into the Rest Room I was attacked from behind I was beat unconcious and one of the inmates spit in my ass cheeks I was rushed to Stroger hospital to be treated for my broken nose broken eye socket and stab wound to the lip Scacclance failed to protect me from being Sexually assaulted and physically Abused

NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: *(Nombre del personal o presos que tengan información:)*

INMATE SIGNATURE: *(Firma del Preso):* Laurence Walker

**SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: |
| --- | --- | --- |
| Dorclexter Tyler | [signature] | 8/28/18 |
| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |
| | | |



**COOK COUNTY SHERIFF'S OFFICE**

*(Oficina del Alguacil del Condado de Cook)*

Exhibit #4

## NON-COMPLIANT GRIEVANCE RESPONSE FORM

*(Interno no Queja Solicitud Respuesta)*

NC1800780

### INMATE INFORMATION

| PRINT - INMATE LAST NAME *(Apellido del Preso)*: | PRINT - FIRST NAME *(Primer Nombre)*: | INMATE BOOKING NUMBER *(# de identificación del Preso)*: |
|---|---|---|
| Walker | Laurence | 2016-[illegible] |
| **DIVISION** *(División)*: | **LIVING UNIT** *(Unidad)*: | **INMATE'S GRIEVANCE FORM DATE** *(Fecha)*: |
| 10 | 2B | 8/8/18 |
| **INMATE # (SHORT #)** *(# Del Preso (#corto))*: | **GRIEVANCE CODE** *(Código de Queja)* | **DETERMINED BY C.R.W.** *(determinado por el T.R.C/ C.R.W.)* |
| 05115 | 410 | [illegible] |

### REASONS FOR GRIEVANCE NON-COMPLIANCE AND/OR ACTION REQUIRED RESPONSE

**Your grieved issue is not being processed due to the checked area(s) below. This grieved issue will not be assigned a control #, cannot be appealed and remedies cannot be exhausted**

☐ The grieved issue is one of the following non-grievable matters: formulation of departmental policies, inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.
☐ The grieved issue did not occur within the last 15 calendar days nor is it an allegation is of sexual assault, harassment, voyeurism, or abuse. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.)
☐ The grieved issue is a repeat submission of a grievance collected within the last 15 calendar days.
☐ The grieved issue is a repeat submission of a grievance that previously received a response and was appealed.
☐ The grieved issue is repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days
☐ Offensive or harassing language was used
☐ The grievance form contains more than one issue.
☐ The grievance issue pertains to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.
☐ Other reason not listed

### RAZÓN PORQUE LA QUEJA NO ES CONFORME Y/O ACCIÓN REQUERIDA

**El asunto quejado no se está procesando por las siguientes razones que están marcadas debajo. El asunto quejado no se le asignará un número de control, no puede ser apelado y los remedios no se pueden agotar.**

☐ El asunto de la queja es uno de los siguientes temas, que no se consideran quejas formales: Formulación de reglas del departamento, clasificación del detenido incluyendo designación del detenido, tal como riesgo de seguridad o custodia de protección para los detenidos, o decisiones del oficial de audiencias disciplinarias para los detenidos.
☐ El asunto de la queja debe haber ocurrido dentro de los 15 días calendario, y no se trata de acoso sexual, hostigamiento, voyerismo, o abuso. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).
☐ El asunto de la queja no debe ser repetido de una queja que fue sometido dentro los 15 días calendarios.
☐ El asunto de la queja es una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta o ya ha sido apelada.
☐ El asunto de la queja es una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y usted decidió no someter una apelación sobre la decisión dada en los 15 días calendario.
☐ El asunto de la queja contiene lenguaje ofensivo o amenazante.
☐ La solitud de la queja contiene más de un asunto.
☐ El asunto de la queja corresponde asuntos no relacionados con la cárcel, tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.
☐ Otra razón

This is a non-grievable issue [illegible] his issue [illegible] within the last 15 calendar days.

Inmate [illegible] a non-compliance which he signed 8/23/18

| NAME OF INDIVIDUAL RESPONDING *(Nombre del personal o presos que tengan información:)* | SIGNATURE OF INDIVIDUAL RESPONDING *(Firma del personal o presos que tengan información)* | DATE *(Fecha)*: |
|---|---|---|
| [illegible] | [signature] | 8/28/18 |

### INMATE SIGNATURE

| INMATE'S SIGNATURE OF RECEIPT *(Firma de recibo del preso)*: | DATE RESPONSE RECEIVED *(Fecha de recibo de respuesta)*: |
|---|---|
| [signature] | |

(FCN-40c)(**AUG 16**) (**WHITE COPY** – INMATE SERVICES) (**YELLOW COPY** – CRW/PLATOON COUNSELOR) (**PINK COPY** – INMATE)

Exhibit # 5

**COOK COUNTY SHERIFF'S OFFICE**

*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE FORM

*(Formulario de Queja del Preso)*

| CONTROL # | INMATE ID # |
|---|---|
| | |

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !** *(! Para ser llenado solo por el personal de Inmate Services !)*

- ☐ Emergency Grievance
- ☐ Grievance
- ☐ Non-Compliant Grievance
- ☐ Cermak Health Services
- ☐ Superintendent: ____________
- ☐ Other: ____________

| PRINT - INMATE LAST NAME *(Apellido del Preso)*: | PRINT - FIRST NAME *(Primer Nombre)*: | INMATE BOOKING NUMBER *(# de identificación del detenido)* |
|---|---|---|
| Walker | Laurence | [illegible] |
| **DIVISION** *(División)*: | **LIVING UNIT** *(Unidad)*: | **DATE** *(Fecha)*: |
| [illegible] | | 3-[illegible] |

## GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

**Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.**

The grieved issue is not one of the following non-grievable matters: formulation of departmental policies, inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.
The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, harassment, voyeurism, or abuse. If the grievance includes an allegation of sexual assault, harassment, voyeurism, or abuse no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.)
The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.
The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days
The grieved issue must not contain offensive or harassing language.
The grievance form must not contain more than one issue.
The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

## DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA (*GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT*)

**El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.**

El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: formulación de reglas del departamento. Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los presos.
El asunto de la queja formal tiene que haber pasado en los últimos 15 días calendarías a menos que la acusación sea de acoso sexual, hostigamiento, voyerismo, o abuso. Si la queja incluye acusaciones de acoso sexual, hostigamiento, voyerismo, o abuso, no existe tiempo límite. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).
El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.
El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.
El asunto de la queja no puede contener lenguaje ofensivo o amenazante
La solitud de la queja no puede contener más de un asunto.
El asunto de la queja no puede corresponder a asuntos no relacionados con la cárcel tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.

| REQUIRED - DATE OF INCIDENT *(Fecha Del Incidente)* | REQUIRED - TIME OF INCIDENT *(Hora Del Incidente)* | REQUIRED - SPECIFIC LOCATION OF INCIDENT *(Lugar Específico Del Incidente)* | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED *(Lugar Específico Del Incidente)* |
|---|---|---|---|
| [illegible] | [illegible] | [illegible] 2E | [illegible] |

OFFICER SCACCLANOCE was on the wing while me and another inmate had an argument I was in the cell and the inmate was in the dayroom OFFICER Scacclanoce [illegible] to let [illegible] of my cell [illegible] but I [illegible] look at the other inmates I told him it might be a [illegible] he said I'll be OK [illegible] After letting me out OFFICER Scacclanoce [illegible] off the wing I went into the [illegible] and told him I think the other inmates [illegible] against me he [illegible] ignored me I walked back on the wing to the washroom so I could take a piss I was attacked from behind and knocked unconscious I woke up in the hospital broken nose [illegible] eye socket and a stab wound to the [illegible]

**NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:** *(Nombre del personal o presos que tengan información:)*

OFFICER Scaclanoce

**INMATE SIGNATURE:** *(Firma del Preso/Fecha):* Laurence Walker

**SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: |
|---|---|---|
| [illegible] | [signature] | 10 MAR 18 |
| **SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):** | **SIGNATURE:** | **DATE REVIEWED:** |
| | | |



# COOK COUNTY SHERIFF'S OFFICE

*(Oficina del Alguacil del Condado de Cook)*

Exhibit #6

## NON-COMPLIANT GRIEVANCE RESPONSE FORM

*(Interno no Queja Solicitud Respuesta)*

### INMATE INFORMATION

| PRINT - INMATE LAST NAME *(Apellido del Preso)*: | PRINT - FIRST NAME *(Primer Nombre)*: | INMATE BOOKING NUMBER *(# de identificación del Preso)* |
|---|---|---|
| WALKER | LAWRENCE | 2016-0910021 |
| **DIVISION** *(División)*: | **LIVING UNIT** *(Unidad)*: | **INMATE'S GRIEVANCE FORM DATE** *(Fecha)*: |
| 8 RTU | 4A | 2 MAR 18 |
| **INMATE # (SHORT #)** *(# Del Preso (# corto))*: | **GRIEVANCE CODE** *(Código de Queja)* | **DETERMINED BY C.R.W.** *(determinado por el T.R.C/ C.R.W.)* |
| 05111B | 410 | CRW FREEMAN |

### REASONS FOR GRIEVANCE NON-COMPLIANCE AND/OR ACTION REQUIRED RESPONSE

**Your grieved issue is not being processed due to the checked area(s) below. This grieved issue will not be assigned a control #, cannot be appealed and remedies cannot be exhausted**

- ☐ The grieved issue is one of the following non-grievable matters: formulation of departmental policies, inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.
- ☒ The grieved issue did not occur within the last 15 calendar days nor is it an allegation is of sexual assault, harassment, voyeurism, or abuse. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.)
- ☐ The grieved issue is a repeat submission of a grievance collected within the last 15 calendar days.
- ☐ The grieved issue is a repeat submission of a grievance that previously received a response and was appealed.
- ☐ The grieved issue is repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days
- ☐ Offensive or harassing language was used
- ☐ The grievance form contains more than one issue.
- ☐ The grievance issue pertains to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.
- ☐ Other reason not listed

### RAZÓN PORQUE LA QUEJA NO ES CONFORME Y/O ACCIÓN REQUERIDA

**El asunto quejado no se está procesando por las siguientes razones que están marcadas debajo. El asunto quejado no se le asignará un número de control, no puede ser apelado y los remedios no se pueden agotar.**

- ☐ El asunto de la queja es uno de los siguientes temas, que no se consideran quejas formales: Formulación de reglas del departamento, clasificación del detenido incluyendo designación del detenido, tal como riesgo de seguridad o custodia de protección para los detenidos, o decisiones del oficial de audiencias disciplinarias para los detenidos.
- ☐ El asunto de la queja debe haber ocurrido dentro de los 15 días calendario, y no se trata de acoso sexual, hostigamiento, voyerismo, o abuso. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).
- ☐ El asunto de la queja no debe ser repetido de una queja que fue sometido dentro los 15 días calendarios.
- ☐ El asunto de la queja es una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta o ya ha sido apelada.
- ☐ El asunto de la queja es una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y usted decidió no someter una apelación sobre la decisión dada en los 15 días calendario.
- ☐ El asunto de la queja contiene lenguaje ofensivo o amenazante.
- ☐ La solitud de la queja contiene más de un asunto.
- ☐ El asunto de la queja corresponde asuntos no relacionados con la cárcel, tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.
- ☐ Otra razón

The grieved issue did not occur within the last 15 calendar days.

INMATE WALKER HAD MULTIPLE OPPORTUNITIES TO REPORT INCIDENT BEFORE THE above time frame expired

| NAME OF INDIVIDUAL RESPONDING *(Nombre del personal o presos que tengan información:)* | SIGNATURE OF INDIVIDUAL RESPONDING *(Firma del personal o presos que tengan información)* | DATE *(Fecha)*: |
|---|---|---|
| CRW FREEMAN | CRW [signature] | 6 MAR 18 |

### INMATE SIGNATURE

| INMATE'S SIGNATURE OF RECEIPT *(Firma de recibo del preso)*: | DATE RESPONSE RECEIVED *(Fecha de recibo de respuesta)*: |
|---|---|
| Lawrence Walker | |

(FCN-40c)(AUG 16) (WHITE COPY – INMATE SERVICES) (YELLOW COPY – CRW/PLATOON COUNSELOR) (PINK COPY – INMATE)



# COOK COUNTY SHERIFF'S OFFICE

*(Oficina del Alguacil del Condado de Cook)*

Exhibit #7

## NON-COMPLIANT GRIEVANCE RESPONSE FORM

*(Interno no Queja Solicitud Respuesta)*

### INMATE INFORMATION

| PRINT - INMATE LAST NAME *(Apellido del Preso)*: WALKER | PRINT - FIRST NAME *(Primer Nombre)*: LHILIKENCE | INMATE BOOKING NUMBER *(# de identificación del Preso)*: 2016-0912021 |
|---|---|---|
| DIVISION *(División)*: 8 CTU | LIVING UNIT *(Unidad)*: 4A | INMATE'S GRIEVANCE FORM DATE *(Fecha)*: 12 MAR 18 |
| INMATE # (SHORT #) *(# Del Preso (# corto))*: 051113 | GRIEVANCE CODE *(Código de Queja)* 410 | DETERMINED BY C.R.W. *(determinado por el T.R.C/ C.R.W.)* CRW FREEMAN |

### REASONS FOR GRIEVANCE NON-COMPLIANCE AND/OR ACTION REQUIRED RESPONSE

**Your grieved issue is not being processed due to the checked area(s) below. This grieved issue will not be assigned a control #, cannot be appealed and remedies cannot be exhausted**

☐ The grieved issue is one of the following non-grievable matters: formulation of departmental policies, inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.

☒ The grieved issue did not occur within the last 15 calendar days nor is it an allegation is of sexual assault, harassment, voyeurism, or abuse. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.)

☐ The grieved issue is a repeat submission of a grievance collected within the last 15 calendar days.

☐ The grieved issue is a repeat submission of a grievance that previously received a response and was appealed.

☐ The grieved issue is repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days

☐ Offensive or harassing language was used

☐ The grievance form contains more than one issue.

☐ The grievance issue pertains to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

☐ Other reason not listed

### RAZÓN PORQUE LA QUEJA NO ES CONFORME Y/O ACCIÓN REQUERIDA

**El asunto quejado no se está procesando por las siguientes razones que están marcadas debajo. El asunto quejado no se le asignará un número de control, no puede ser apelado y los remedios no se pueden agotar.**

☐ El asunto de la queja es uno de los siguientes temas, que no se consideran quejas formales: Formulación de reglas del departamento, clasificación del detenido incluyendo designación del detenido, tal como riesgo de seguridad o custodia de protección para los detenidos, o decisiones del oficial de audiencias disciplinarias para los detenidos.

☐ El asunto de la queja debe haber ocurrido dentro de los 15 días calendario, y no se trata de acoso sexual, hostigamiento, voyerismo, o abuso. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).

☐ El asunto de la queja no debe ser repetido de una queja que fue sometido dentro los 15 días calendarios.

☐ El asunto de la queja es una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta o ya ha sido apelada.

☐ El asunto de la queja es una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y usted decidió no someter una apelación sobre la decisión dada en los 15 días calendario.

☐ El asunto de la queja contiene lenguaje ofensivo o amenazante.

☐ La solitud de la queja contiene más de un asunto.

☐ El asunto de la queja corresponde asuntos no relacionados con la cárcel, tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.

☐ Otra razón

The grieved issue did not occur within the last 15 calendar days. Inmate stayed in hospital for 24hrs and was returned to 2/28/18.

In the future please submit grievance as soon as you return to compound, even if assistance is needed from your CRW.

| NAME OF INDIVIDUAL RESPONDING *(Nombre del personal o presos que tengan información:)* | SIGNATURE OF INDIVIDUAL RESPONDING *(Firma del personal o presos que tengan información)* | DATE *(Fecha)*: |
|---|---|---|
| CRW FREEMAN | CRW Freeman | 14 MAR 18 |

### INMATE SIGNATURE

| INMATE'S SIGNATURE OF RECEIPT *(Firma de recibo del preso)*: | DATE RESPONSE RECEIVED *(Fecha de recibo de respuesta)*: |
|---|---|
| [signature] | 3/15/18 |

(FCN-40c)(AUG 16) (WHITE COPY – INMATE SERVICES) (YELLOW COPY – CRW/PLATOON COUNSELOR) (PINK COPY – INMATE)

2/28/18



Exhibit F

# COOK COUNTY SHERIFF'S OFFICE

*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE FORM

*(Formulario de Queja del Preso)*

| CONTROL # | INMATE ID # |
|---|---|
| | |

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !** *(! Para ser llenado solo por el personal de Inmate Services !)*

- ☐ Emergency Grievance
- ☐ Grievance
- ☐ Non-Compliant Grievance
- ☐ Cermak Health Services
- ☐ Superintendent: ____________
- ☐ Other: ____________

| PRINT - INMATE LAST NAME *(Apellido del Preso)*: | PRINT - FIRST NAME *(Primer Nombre)*: | INMATE BOOKING NUMBER *(# de identificación del Preso)* |
|---|---|---|
| WAlKER | LAURENCE WAlKER | 2016092002I |
| **DIVISION** *(División)*: | **LIVING UNIT** *(Unidad)*: | **DATE** *(Fecha)*: |
| 8 | 4A | 3/19/18 |

## GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

**Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.**

The grieved issue is not one of the following non-grievable matters: formulation of departmental policies, inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.
The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, harassment, voyeurism, or abuse. If the grievance includes an allegation of sexual assault, harassment, voyeurism, or abuse no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.)
The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.
The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days
The grieved issue must not contain offensive or harassing language.
The grievance form must not contain more than one issue.
The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

## DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA

**El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.**

El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: formulación de reglas del departamento. Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los presos.
El asunto de la queja formal tiene que haber pasado en los últimos 15 días calendarías a menos que la acusación sea de acoso sexual, hostigamiento, voyerismo, o abuso. Si la queja incluye acusaciones de acoso sexual, hostigamiento, voyerismo, o abuso, no existe tiempo límite. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).
El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.
El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.
El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.
El asunto de la queja no puede contener lenguaje ofensivo o amenazante
La solitud de la queja no puede contener más de un asunto.
El asunto de la queja no puede corresponder a asuntos no relacionados con la cárcel tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.

| REQUIRED - DATE OF INCIDENT *(Fecha del Incidente)* | REQUIRED - TIME OF INCIDENT *(Horad del Incidente)* | REQUIRED - SPECIFIC LOCATION OF INCIDENT *(Lugar Específico del Incidente)* | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED *(Nombre y/o Identificación del Acusado)* |
|---|---|---|---|
| 3/2 18 | N/A | Div 8 cermak | Cermak Health Care |

I've Been trying to get a copy of my medical records Cook County has for me from Oct 16 2017 to Now 3/19/18 I have not been able to get my medical records

**NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:** *(Nombre del personal o presos que tengan información:)*

**INMATE SIGNATURE:** *(Firma del Preso)*: Laurence Walker

**SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: |
|---|---|---|
| D Wilson | [signature] | 3/19/18 |
| **SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):** | **SIGNATURE:** | **DATE REVIEWED:** |
| | | |

Exhibit #9

# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

## INMATE GREIVANCE FORM
*(Formulario de Queja del Preso)*

| CONTROL # | INMATE ID # |
|---|---|
| | |

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !** *(! Para ser llenado solo por el personal de Inmate Services !)*

☐ Emergency Grievance
☐ Grievance
☐ Non-Compliant Grievance

☐ Cermak Health Services
☐ Superintendent: ______
☐ Other: ______

| PRINT - INMATE LAST NAME *(Apellido del Preso)*: | PRINT - FIRST NAME *(Primer Nombre)*: | INMATE BOOKING NUMBER *(# de identificación del Preso)*: |
|---|---|---|
| Walker | Lavon | 20160[illegible] |
| **DIVISION** *(División)*: | **LIVING UNIT** *(Unidad)*: | **DATE** *(Fecha)*: |
| [illegible] | 4A | 3-[illegible]-18 |

## GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

**Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.**

The grieved issue is not one of the following non-grievable matters: formulation of departmental policies, inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.
The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, harassment, voyeurism, or abuse. If the grievance includes an allegation of sexual assault, harassment, voyeurism, or abuse no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.)
The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.
The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days
The grieved issue must not contain offensive or harassing language.
The grievance form must not contain more than one issue.
The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

## DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA

**El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.**

El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: formulación de reglas del departamento. Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los presos.
El asunto de la queja formal tiene que haber pasado en los últimos 15 días calendarías a menos que la acusación sea de acoso sexual, hostigamiento, voyerismo, o abuso. Si la queja incluye acusaciones de acoso sexual, hostigamiento, voyerismo, o abuso, no existe tiempo límite. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).
El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.
El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.
El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.
El asunto de la queja no puede contener lenguaje ofensivo o amenazante
La solitud de la queja no puede contener más de un asunto.
El asunto de la queja no puede corresponder a asuntos no relacionados con la cárcel tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.

| REQUIRED - DATE OF INCIDENT *(Fecha del Incidente)* | REQUIRED - TIME OF INCIDENT *(Horad del Incidente)* | REQUIRED - SPECIFIC LOCATION OF INCIDENT *(Lugar Especifico del Incidente)* | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED *(Nombre y/o Identificación del Acusado)* |
|---|---|---|---|
| 2/18/[illegible] | 12:[illegible] | Div 2E | |

[illegible handwritten text] ... Shower [illegible] ... [illegible]

NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
*(Nombre del personal o presos que tengan información:)*

INMATE SIGNATURE: *(Firma del Preso)*: [signature]

**SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: |
|---|---|---|
| Freeman ) DW | [signature] | 3/19/18 |
| **SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):** | **SIGNATURE:** | **DATE REVIEWED:** |
| | | |

(AMENDED Complaint)
(Exhibit A)

United States District Court
Northern District of Illinois
Eastern Division

LAURENCE Walker
(Enter above Full name of the Plaintiff or Plaintiffs in this action) Case No 1:18-CV-05240

VS

OFFICER Scacclanoce
(Enter above the Full Name of All Defendants in this action Do not use "et. al")

Check one only

X AMENDED Complaint Under the Civil Rights Act title 42 Section 1983 U.S. Code (State county or municipal Defendants

I Plaintiffs

(A) Name: Laurence Walker

(B) List all aliases. Lawrence Walker

(C) Prisoner Identification number: R74729

(D) Place of present confinement. Illinois Department of Corrections

(E) Address: Hill Correctional
P.O. Box 1700
Galesburg Il 61402

(If there is more than one plaintiff then each plaintiff must list his or her name aliases, ID number, place of confinement, and current address according to the above Format on a seperate sheet of paper)

II Defendants

(In A below place the Full name of the First Defendant in the First blank, his or her official position in the second blank and his or her place of employment in the third blank. Space For two additional defendants is provided in B and C)

(A) Defendant Officer Scaiclanoce
Title Cook County Deputy Sheriff
Place of Employment Cook County Jail Division 9

III List All lawsuits you (and your co-plaintiffs if any) have filed in any state or Federal Court in the United States

(A) Name of case and docket number: Laurence Walker vs T. Mrozik 1:18-cv-05240

(B) Approximate date of filing: 8/1/18

(C) List all plaintiffs including any aliases: Laurence Walker aliases Lawrence Walker

(D) List all Defendants: T. Mrozik

(E) Court in which lawsuit was filed: Illinois Northern District

(F) Name of Judge assigned: Edmond E Chang

(G) Basic claim: Excessive Force

(H) Disposition of case: still pending

(I) Approximate date of disposition: N/A

(A) Name of case and docket number: Laurence Walker vs T. Mrozik 17 C 3859

(B) Approximate date of filing: 5/21/17

(C) List of all plaintiffs including any aliases: Laurence Walker aliases Lawrence Walker

(D) List all Defendants: T. Mrozik

(E) Court in which lawsuit was filed: Illinois Northern District

(F) Name of Judge assigned: Edmond E Chang

(G) Basic Claim: Excessive Force

(H) Disposition of case: Dismissed without prejudice

(I) Approximate Date of Disposition: 1/1/18

(A) Name of case and docket number Laurence Walker vs Alveraz Case No Unknown

(B) Approximate Date of Filing 3/1/17

(C) List all plaintiffs Laurence Walker

(D) List all Defendants Anita Alveraz

(E) Court in which the lawsuit was Filed ( Illinois Northe District

(F) Judge of whom case was assigned Rebecca Pallmeyer

(G) Basic Claim Wrongful arrest

(H) Dispostion of case Dismissed without prejudice

(I) Approximate date of dispostion 7/1/17

(A) Name of Case and docket number Laurence Walker vs Considine Case No Unknown

(B) Approximate Date of Filing 5/1/13

(C) List of all plaintiffs Laurence Walker

(D) List all Defendants Considine & Alveraz

(E) Court in which the lawsuit was Filed Illinois Northern District

(F) Judge of whom case was assigned Rebecca Pullmeyer

(G) Basic Claim Wrongful Arrest

(H) Disposition of case Settlement

(I) Approximate Date of disposition 5/1/15

Plaintiff Laurence Walker pro se alleges as follows:

## Introduction

(1) This action is brought pursuant to 42 USC 1983 to redress the deprivation under color of law of the Rights of Plaintiff secured by the United States Constitution.

(2) On 2/16/18 Plaintiff was brutally attacked by inmates while in custody at the Cook County Department of Corrections (hereafter "CCDOC") Defendants knew that Plaintiffs life had been threatened several times, and he knew that he needed to take measures to protect Plaintiff or he would be seriously injuried. On 2/16/18 Plaintiff reported multiple times to the Defendant that he was being threatened by several inmates on the same tier. Plaintiff was very specific as to who the inmates were why they wanted to harm him what cells they were in and what their physical descriptions were. Instead of heeding Plaintiff's warnings that his life was in danger and taking measures to protect Plaintiff from the several inmates the defendant failed to do anything to protect Plaintiff from the inmates who were threatening him. The brutal attack on Plaintiff was due to the Defendant's deliberate indifference to the safety of Plaintiff and the attack would have easily been avoided if the Defendant had arranged for Plaintiff to be moved off

of the tier and placed in a place of safety away from the several inmates.

## Parties

(3) Plaintiff is currently an inmate of [illegible] Hill Correctional Center. At all times relevant to this lawsuit Plaintiff was a detainee of the CCDOC.

(4) Defendant Officer Scacclance (hereafter "Scacclance") is a Correctional Officer for the CCDOC. At all times relevant to this lawsuit, Scacclance was an agent of the Cook County Sheriff's Department, was acting within the scope of his agency and under color of law. Scacclance is sued in his individual capacity.

## Jurisdiction and Venue

(5) The jurisdiction of this court is invoked pursuant to 28 USC 1331 and 1343

(6) Venue is proper under U.S.C. 1391(b) because ~~[illegible]~~ Defendant resides in this judicial district and are residents of Illinois. Additionally the events giving rise to this claim occurred within this judicial district.

## Facts and Claim For Relief

(7) On 2/16/18 Plaintiff was an inmate at the CCDOC. Plaintiff was being housed in Division 9 Deck 2E of the CCDOC

(8) On that Day Commissary was being passed out to inmates where Plaintiff was housed at CCDOC.

(9) Because on Commissary Day in Division 9 CCDOC supermax people are often beaten stabbed and robbed for their Commissary. Division 9 of CCDOC have a policy that 2 inmates to a cell are to be allowed out at a time to get their Commissary Then they must lock up so the next cell may be let out to get their Commissary

(10) On this Date Commissary arrived late So Scacclanoce in a rush to finish the tier let the entire bottom deck out at once.

(11) The inmates had been locked up the entire morning and was reluctant to lock up. They began to play cards use the phone after getting their Commissary instead of locking back up

(12) Scacclanoce was trying to lock the bottom deck up but the inmates were reluctant to go in the cell so Scacclanoce yelled out to the tier " While you all are taking your time locking up you'll are going to Scare the top deck from getting their Commissary.

(13) That Statement By Scacclanoce meant that if the inmates on the bottom deck didnt lock up none of the inmates

on the top deck would recieve their Commissary

(14) I was housed on the top deck so I yelled out to the Dayroom "lock you'll bitch asses up so I can get my Commissary"

(15) One of the inmates who was Scacclanoce workers for the deck who was housed in the next cell from me nicknamed E-Dog called out to me from the Dayroom "Law shut your bitch ass up stop doing the Police job"

(16) I told the inmate nicknamed E-Dog "I didnt know who he was calling a bitch He need to slow his pussy ass down" He replied Im talking to you nigga

(17) I told E-Dog I dont know why he was even talking I was talking to the people on the bottom deck I dont got No beef with him Im just trying to get my Commissary

(18) E-Dog yelled out that He was tried of my shit He didnt care who I was talking to. That I wasnt going to get shit that once I got my Commissary I had to give it to him

(19) I told E-Dog nigga you must be crazy Im not giving your ass shit.

(20) E-Dog told me that him and his celle was going to roll me them

(21) Roll is a jail term meaning that him and other inmates where going to jump me

(22) Scacclanoce was on the deck as me and E-Dog yelled at one another he was able to hear the entire altercation

(23) Once Scacclanoce locked the bottom deck up for the most part he came to let inmates out from the top deck When Scacclanoce let me out of the cell I told him its going to be an altercation between me and his two workers who lived in the cell next door to me the one with the dreads and the one with the haircut. That I want to go to protective custody

(24) Scacclanoce told me from the way I was talking I would be ok dont worry laughed and walked off. After letting a few other inmates out Scacclanoce left off of the wing.

(25) I went to E-Dog to try and defuse the situation We stepped in the washroom to talk. I once again told him I didnt want no problems with him He told me you think your ass tough you about to get in line and give yourshit

up each week or me and my celle go roll your ass He then showed me a knife.

(26) Seeing it wasnt no reasoning after a few moments I went into the interlock and got my Commissary. While doing so I told Scacclanoce that his workers E-Dog with the dreads and his celle is threatening to stab and beat me if I Dont give up my Commissary that I want to go into protective custody E-Dog just showed me a knife.

(27) Scacclanoce once again brushed me off saying "who you talking about Eastend and Kurby". I replied "yea" Scacclanoce told me They were his workers you ain't got to worry about them doing anything to you. Walker you dont need protective custody Ive known both of them For years ~~got~~ thats why they're my workers. youll be ok.

(28) After being brushed off again by Scacclanoce I walked back on the wing set my Commissary bag on the table and sat down trying to stay in the officers eye sight.

(29) I walked into the washroom to use the restroom and was attacked from behind When I tried to run I was pulled into the shower area where I was beaten unconscious stabbed and sexually assualted.

(30) During the attack I went into cardiac arrest from my injuries and woke up in Stroger Hospital.

(31) During the attack I suffered a broken nose a fractured eye socket a stab wound to the upper side of my lip and was sexually assualted by having my ass cheeks spread and spit into.

(32) As a result of this incident I experience on going symptoms such as vision disturbances, dizziness and brain freezes that causes memory lapes. And is currently taking psychotropic drugs to help deal with depression, anxiety, problems sleeping, and nightmares of this incident And is in therapy sessions.

(33) 2/16/18 when Plaintiff was attacked Scacclanoce were aware that Plaintiff had been threatened multple times and that he was in danger of being seriously harmed. yet he Failed to take any measures to Protect Plaintiff from the inmates who threatened him and subsequently brutally attacked him. Had the defendants not been deliberately indifferent to Plaintiffs pleas to him that he was being threatened and reported the threats to his supervisors or moved him off the tier to a place of safety he would have been protected from the inmates who threatened him and he would not have been

brutally attacked

(34) As a result of the unjustified and unconstitutional conduct of ~~each~~ the defendant Plaintiff sustained serious physical injuries and experienced and is still experiencing pain, suffering, and serious emotional distress. The defendant acted intentionally with malice willfulness and deliberate indifference to the rights of Plaintiff and violated Plaintiffs Constitutional rights by willfully ignoring his pleas to them to be moved off of the tier because he was being threatened.

(35) Defendant Scacclanoce are liable to Plaintiff pursuant to 42 U.S.C 1983 based on their deliberate indifference to Plaintiffs safety in that he knew he was the subject of credible threats of imminent serious physical harm but failed to take any action from this foreseeable brutal attack.

(36) Plaintiff a pretail Detainee on date of attack brings this claim of failure to protect against Defendant Scacclanoce under the substantive component of the Fourteenth Amendments Due Process Clause. Scacclanoce breach of duty to protect makes him liable because he was aware of a substantial risk of serious injury but failed to take

appropriate steps to protect the Plaintiff From danger.

(37) Plaintiff hereby demands trial by Jury

Relief: Accordingly Plaintiff request Compensatory and punitive damages be awarded against the defendant in the amount of 10,000,000 For Pain and Suffering and to cover expenses For Future therapy sessions and medical bills For psychotropic drugs to help deal with depression anxiety sleeping problems and nightmares From this incident.

Laurence Walker
R74729
P.O. Box 1700
Galesburg Il 61402

Certification

By signing this Complaint I certify that the Facts stated in this Complaint are true to the best of my knowledge information and belief. I understand that if this certification is not correct I may be subject to sanctions by the court. La Walk



Exhibit #1

# COOK COUNTY SHERIFF'S OFFICE

*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE FORM

*(Formulario de Queja del Preso)*

| CONTROL # | INMATE ID # |
|---|---|
| | |

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !** *(! Para ser llenado solo por el personal de Inmate Services !)*

- ☐ Emergency Grievance
- ☐ Grievance
- ☐ Non-Compliant Grievance
- ☐ Cermak Health Services
- ☐ Superintendent: ____
- ☐ Other: ____

| PRINT - INMATE LAST NAME *(Apellido del Preso)*: | PRINT - FIRST NAME *(Primer Nombre)*: | INMATE BOOKING NUMBER *(# de identificación del Preso)* |
|---|---|---|
| W[illegible]er | [illegible] | [illegible] |
| **DIVISION** *(División)*: | **LIVING UNIT** *(Unidad)*: | **DATE** *(Fecha)*: |
| 9 | 1[illegible] | 8/18/18 |

## GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

**Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.**

The grieved issue is not one of the following non-grievable matters: formulation of departmental policies, inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.

The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, harassment, voyeurism, or abuse. If the grievance includes an allegation of sexual assault, harassment, voyeurism, or abuse no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.)

The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.

The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.

The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days

The grieved issue must not contain offensive or harassing language.

The grievance form must not contain more than one issue.

The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

## DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA

**El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.**

El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: formulación de reglas del departamento. Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los presos.

El asunto de la queja formal tiene que haber pasado en los últimos 15 días calendarias a menos que la acusación sea de acoso sexual, hostigamiento, voyerismo, o abuso. Si la queja incluye acusaciones de acoso sexual, hostigamiento, voyerismo, o abuso, no existe tiempo límite. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).

El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.

El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.

El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.

El asunto de la queja no puede contener lenguaje ofensivo o amenazante

La solitud de la queja no puede contener más de un asunto.

El asunto de la queja no puede corresponder a asuntos no relacionados con la cárcel tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.

| REQUIRED - DATE OF INCIDENT *(Fecha del Incidente)* | REQUIRED - TIME OF INCIDENT *(Horad del Incidente)* | REQUIRED - SPECIFIC LOCATION OF INCIDENT *(Lugar Especifico del Incidente)* | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED *(Nombre y/o Identificación del Acusado)* |
|---|---|---|---|
| 8/[illegible] | | [illegible] | [illegible] |

I've been putting in medical slips to see a mental health doctor The [illegible] I [illegible] of the ones who attacked me on Feb 16 2018 At first I didn't really remember the attack because I was been unconscious Since I seen the [illegible] I've been having flash backs of the attack I've been unable to sleep I've woken up every night in cold sweats breathing heavy twice I've pissed on myself I don't know what's wrong with me It be like while I'm dreaming I can feel the punches hitting me It be seeming so real The stab to my lip me getting my ass beat in me losing consciousness me pissing on myself I can sense it all happening all over again I need to see a mental health doctor

**NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:** *(Nombre del personal o presos que tengan información:)* CCDOC Health Care

**INMATE SIGNATURE:** *(Firma del Preso)*: [signature]

**SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: |
|---|---|---|
| CRW S. Miller | [signature] | 8/22/2018 |
| **SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):** | **SIGNATURE:** | **DATE REVIEWED:** |
| | | |

Exhibit #2

**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina Del Alguacil del Condado de Cook)*
**INMATE GRIEVANCE RESPONSE/APPEAL FORM**
*(Formulario de Queja del Preso/ Apelación)*

| CONTROL NUMBER | INMATE # |
|---|---|
| 2018x10231 | 051113 |

**INMATE INFORMATION TO BE COMPLETED BY INMATE SERVICES PERSONNEL ONLY**

| INMATE LAST NAME *(Apellido del Preso)*: | INMATE FIRST NAME *(Primer Nombre)*: | ID Number *(# de Identificación)*: |
|---|---|---|
| Walker | Lawrence | 20160920021 |

GRIEVANCE ISSUE AS DETERMINED BY CRW: 210 - Mental Health Treatment

IMMEDIATE CRW RESPONSE (if applicable): CRW informed Mental Health Staff (Godfried)

CRW/ REFERRED THIS GRIEVANCE TO (*Example:* Superintendent, Cermak Health Services ): Cermak

DATE REFERRED: 8/23/2018

**RESPONSE BY PERSONNEL HANDLING REFERRAL**

Per your chart, MH counselor saw you on 8/23/18. Since you just came back from Stroger, I will schedule a follow up MH clinic appt.

| PERSONNEL RESPONDING TO GRIEVANCE (Print): | SIGNATURE: | DIV./DEPT. | DATE: |
|---|---|---|---|
| C. Gon | [signature] | MH | 08/29/18 |

**THIS SECTION IS TO BE COMPLETED BY INMATE!**

INMATE

| INMATE SIGNATURE *(Firma del Preso)*: | DATE RESPONSE WAS RECEIVED: *(Fecha en que la respuesta fue recibida)* |
|---|---|
| [signature] | ___/___/___ |

INMATE

**INMATE'S REQUEST FOR AN APPEAL** *( Solicitud de Apelación del Preso)*
**THIS SECTION IS TO BE COMPLETED BY INMATE!**

TO BE COMPLETED BY INMATE

- **To exhaust administrative remedies, grievance appeals must be made within 15 calendar days of the date the inmate received the response. An appeal must be filed in all circumstances in order to exhaust administrative remedies.**
  ***(Con el fin de agotar los recursos administrativos, las apelaciones de las quejas se deben realizar en el plazo de 15 días después de que el recluso haya recibido la respuesta. La apelación se debe enviar en todos los casos a fin de agotar los recursos administrativos.)***
- **Independent of the CCDOC procedure and after receiving an appeal decision, if you are dissatisfied with the outcome, you must submit the appeal grievance to the Illinois Department of Corrections, Jail and Detention Standards Unit, 1301 Concordia Court, P.O. Box 19277, Springfield Illinois 62794.**
  ***(De manera independiente del procedimiento del CCDOC, y tras recibir la resolución de una apelación, si no está satisfecho con el desenlace, debe enviar la queja de la apelación a Illinois Department of Corrections, Jail and Detention Standards Unit, 1301 Concordia Court, P.O. Box 19277, Springfield Illinois 62794.)***

**DATE OF INMATE'S REQUEST FOR AN APPEAL:** *(Fecha de la solicitud de la apelación del preso:)* ___/___/___

**INMATE'S BASIS FOR AN APPEAL:** *(Base del preso para una apelación:)*

TO BE COMPLETED BY INMATE

**ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?** Yes *(Si)* ☐ No ☐
*(Apelación del preso aceptada por el administrador o/su designado(a)?)*

**INMATE SERVICES DIRECTOR/DESIGNEE'S DECISION OR RECOMMENDATION:** *(Decision o recomendación por parte del administrador o/su designado(a):)*

| INMATE SERVICES DIRECTOR/DESIGNEE *(Administrador o/su Designado(a))*: | SIGNATURE *(Firma del Administrador o/su Designado(a):)*: | DATE *(Fecha)*: |
|---|---|---|
| | | ___/___/___ |

**THIS SECTION IS TO BE COMPLETED BY INMATE!**

INMATE

| INMATE SIGNATURE *(Firma del Preso)*: | DATE APPEAL RESPONSE WAS RECEIVED: *(Fecha en que la respuesta fue recibida)* |
|---|---|
| | ___/___/___ |

INMATE

Exhibit # 3

**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina del Alguacil del Condado de Cook)*

**INMATE GRIEVANCE FORM**
*(Formulario de Queja del Preso)*

| CONTROL # | INMATE ID # |
|---|---|
| | |

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !** *(! Para ser llenado solo por el personal de Inmate Services !)*

☐ Emergency Grievance
☐ Grievance
☐ Non-Compliant Grievance
☐ Cermak Health Services
☐ Superintendent:
☐ Other:

| PRINT - INMATE LAST NAME *(Apellido del Preso)*: | PRINT - FIRST NAME *(Primer Nombre)*: | INMATE BOOKING NUMBER *(# de identificación del Preso)* |
|---|---|---|
| Walker | LAURENCE | 2016 0920021 |
| **DIVISION** *(División)*: | **LIVING UNIT** *(Unidad)*: | **DATE** *(Fecha)*: |
| 10 | 3B | 8/26/18 |

**GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT**

**Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.**
The grieved issue is not one of the following non-grievable matters: formulation of departmental policies, inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.
The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, harassment, voyeurism, or abuse. If the grievance includes an allegation of sexual assault, harassment, voyeurism, or abuse no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.)
The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.
The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days
The grieved issue must not contain offensive or harassing language.
The grievance form must not contain more than one issue.
The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

**DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA**

**El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.**
El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: formulación de reglas del departamento. Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los presos.
El asunto de la queja formal tiene que haber pasado en los últimos 15 días calendarías a menos que la acusación sea de acoso sexual, hostigamiento, voyerismo, o abuso. Si la queja incluye acusaciones de acoso sexual, hostigamiento, voyerismo, o abuso, no existe tiempo límite. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).
El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.
El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.
El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.
El asunto de la queja no puede contener lenguaje ofensivo o amenazante
La solitud de la queja no puede contener más de un asunto.
El asunto de la queja no puede corresponder a asuntos no relacionados con la cárcel tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.

| REQUIRED - DATE OF INCIDENT *(Fecha del Incidente)* | REQUIRED - TIME OF INCIDENT *(Horad del Incidente)* | REQUIRED - SPECIFIC LOCATION OF INCIDENT *(Lugar Específico del Incidente)* | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED *(Nombre y/o Identificación del Acusado)* |
|---|---|---|---|
| 2/16/18 | 11:30 Pm | Div9 2E | OFFICER SCACCLANCE |

ON 2/16/18 OFFICER SCACCLANCE was locking the bottom deck up while me and another inmate agrued Officer Scacclance heard the agrument when he let me out to get my commisary I told him it maybe a problem he told me not to worry when I went into the interlock I told him again I got my commissary and got the same reply I came back on the wing when I went into the Restroom I was Attacked from behind I was Beat unconcious and one of the inmates spit in my ass cheeks I was rushed to Stroger hospital to be treated for my broken nose broken eye socket and stab wound to the lip Scacclance failed to protect me from being Sexually assaulted and physically Abused

**NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:**
*(Nombre del personal o presos que tengan información:)*

**INMATE SIGNATURE** : *(Firma del Preso)*: Laurence Walker

**SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: |
|---|---|---|
| Dr. Dexter Tyler | [signature] | 8/28/18 |
| **SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):** | **SIGNATURE:** | **DATE REVIEWED:** |
| | | |



Exhibit #9

**COOK COUNTY SHERIFF'S OFFICE**

*(Oficina del Alguacil del Condado de Cook)*

**NON-COMPLIANT GRIEVANCE RESPONSE FORM**

*(Interno no Queja Solicitud Respuesta)*

NC 1807780

## INMATE INFORMATION

| PRINT - INMATE LAST NAME *(Apellido del Preso)*: | PRINT - FIRST NAME *(Primer Nombre)*: | INMATE BOOKING NUMBER *(# de identificación del Preso)* |
|---|---|---|
| Walker | Laurence | 2016[illegible] |
| DIVISION *(División)*: | LIVING UNIT *(Unidad)*: | INMATE'S GRIEVANCE FORM DATE *(Fecha)*: |
| 10 | 2B | 8/2[illegible]/18 |
| INMATE # (SHORT #) *(# Del Preso (# corto))*: | GRIEVANCE CODE *(Código de Queja)* | DETERMINED BY C.R.W. *(determinado por el T.R.C/ C.R.W.)* |
| 051113 | 410 | [illegible] |

## REASONS FOR GRIEVANCE NON-COMPLIANCE AND/OR ACTION REQUIRED RESPONSE

**Your grieved issue is not being processed due to the checked area(s) below. This grieved issue will not be assigned a control #, cannot be appealed and remedies cannot be exhausted**

- ☐ The grieved issue is one of the following non-grievable matters: formulation of departmental policies, inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.
- ☐ The grieved issue did not occur within the last 15 calendar days nor is it an allegation is of sexual assault, harassment, voyeurism, or abuse. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.)
- ☐ The grieved issue is a repeat submission of a grievance collected within the last 15 calendar days.
- ☐ The grieved issue is a repeat submission of a grievance that previously received a response and was appealed.
- ☐ The grieved issue is repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days
- ☐ Offensive or harassing language was used
- ☐ The grievance form contains more than one issue.
- ☐ The grievance issue pertains to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.
- ☐ Other reason not listed

## RAZÓN PORQUE LA QUEJA NO ES CONFORME Y/O ACCIÓN REQUERIDA

**El asunto quejado no se está procesando por las siguientes razones que están marcadas debajo. El asunto quejado no se le asignará un número de control, no puede ser apelado y los remedios no se pueden agotar.**

- ☐ El asunto de la queja es uno de los siguientes temas, que no se consideran quejas formales: Formulación de reglas del departamento, clasificación del detenido incluyendo designación del detenido, tal como riesgo de seguridad o custodia de protección para los detenidos, o decisiones del oficial de audiencias disciplinarias para los detenidos.
- ☐ El asunto de la queja debe haber ocurrido dentro de los 15 días calendario, y no se trata de acoso sexual, hostigamiento, voyerismo, o abuso. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).
- ☐ El asunto de la queja no debe ser repetido de una queja que fue sometido dentro los 15 días calendarios.
- ☐ El asunto de la queja es una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta o ya ha sido apelada.
- ☐ El asunto de la queja es una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y usted decidió no someter una apelación sobre la decisión dada en los 15 días calendario.
- ☐ El asunto de la queja contiene lenguaje ofensivo o amenazante.
- ☐ La solitud de la queja contiene más de un asunto.
- ☐ El asunto de la queja corresponde asuntos no relacionados con la cárcel, tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.
- ☐ Otra razón

This is a non-grievable issue, this is a [illegible] not grieved within the 15 calendar days.

Laurence previously filed a non-compliance which he signed 8/23/18

| NAME OF INDIVIDUAL RESPONDING *(Nombre del personal o presos que tengan información:)* | SIGNATURE OF INDIVIDUAL RESPONDING *(Firma del personal o presos que tengan información)* | DATE *(Fecha)*: |
|---|---|---|
| [illegible] | [signature] | 8/28/18 |

## INMATE SIGNATURE

| INMATE'S SIGNATURE OF RECEIPT *(Firma de recibo del preso)*: | DATE RESPONSE RECEIVED *(Fecha de recibo de respuesta)*: |
|---|---|
| Laurence [illegible] | |

Exhibit # 5

# COOK COUNTY SHERIFF'S OFFICE

*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE FORM

*(Formulario de Queja del Preso)*

| CONTROL # | INMATE ID # |
|---|---|
| | |

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !** *(! Para ser llenado solo por el personal de Inmate Services !)*

☐ Emergency Grievance
☐ Grievance
☐ Non-Compliant Grievance

☐ Cermak Health Services
☐ Superintendent: ____
☐ Other: ____

| PRINT - INMATE LAST NAME *(Apellido del Preso)*: | PRINT - FIRST NAME *(Primer Nombre)*: | INMATE BOOKING NUMBER *(# de identificación del detenido)* |
|---|---|---|
| [illegible] | [illegible] | [illegible] |
| **DIVISION** *(División)*: | **LIVING UNIT** *(Unidad)*: | **DATE** *(Fecha)*: |
| [illegible] | | [illegible] |

## GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

**Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.**

The grieved issue is not one of the following non-grievable matters: formulation of departmental policies, inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.
The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, harassment, voyeurism, or abuse. If the grievance includes an allegation of sexual assault, harassment, voyeurism, or abuse no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.)
The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.
The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days
The grieved issue must not contain offensive or harassing language.
The grievance form must not contain more than one issue.
The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

## DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA (*GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT*)

**El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.**

El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: formulación de reglas del departamento. Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los presos.
El asunto de la queja formal tiene que haber pasado en los últimos 15 días calendarías a menos que la acusación sea de acoso sexual, hostigamiento, voyerismo, o abuso. Si la queja incluye acusaciones de acoso sexual, hostigamiento, voyerismo, o abuso, no existe tiempo límite. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).
El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.
El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.
El asunto de la queja no puede contener lenguaje ofensivo o amenazante
La solitud de la queja no puede contener más de un asunto.
El asunto de la queja no puede corresponder a asuntos no relacionados con la cárcel tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.

| REQUIRED - DATE OF INCIDENT *(Fecha Del Incidente)* | REQUIRED - TIME OF INCIDENT *(Hora Del Incidente)* | REQUIRED - SPECIFIC LOCATION OF INCIDENT *(Lugar Especifico Del Incidente)* | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED *(Lugar Especifico Del Incidente)* |
|---|---|---|---|
| [illegible] | [illegible] | [illegible] | [illegible] |

OFFICER Scacclanoce was on the ward while me and another inmate had an argument
I was in the cell and the inmate was in the dayroom OFFICER Scacclanoce came to [illegible]
[illegible] look at the other inmates I told him [illegible]
[illegible] he said I'll be OK don't worry After letting me out OFFICER Scacclanoce
[illegible] the ward I [illegible] the ward back and told him I think the other
inmates maybe plotting against me he once again ignored me I walked back down the
ward to the washroom so I could take a piss I was attacked from behind and knocked
unconscious I woke up in the hospital broken nose fractured eye socket and a stab wound to the [illegible]

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: *(Nombre del personal o presos que tengan información:)* | INMATE SIGNATURE: *(Firma del Preso/Fecha)*: |
|---|---|
| OFFICER Scacclanoce | Laurence [illegible] |

**SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: |
|---|---|---|
| [illegible] | [illegible] | 10 MAR 18 |
| **SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):** | **SIGNATURE:** | **DATE REVIEWED:** |
| | | |



# COOK COUNTY SHERIFF'S OFFICE

*(Oficina del Alguacil del Condado de Cook)*

Exhibit #6

## NON-COMPLIANT GRIEVANCE RESPONSE FORM

*(Interno no Queja Solicitud Respuesta)*

### INMATE INFORMATION

| PRINT - INMATE LAST NAME *(Apellido del Preso)*: | PRINT - FIRST NAME *(Primer Nombre)*: | INMATE BOOKING NUMBER *(# de identificación del Preso)* |
|---|---|---|
| WALKER | LAWRENCE | 2016-0910021 |
| DIVISION *(División)*: | LIVING UNIT *(Unidad)*: | INMATE'S GRIEVANCE FORM DATE *(Fecha)*: |
| 8 RTU | 4A | 2 MAR 18 |
| INMATE # (SHORT #) *(# Del Preso (# corto))*: | GRIEVANCE CODE *(Código de Queja)* | DETERMINED BY C.R.W. *(determinado por el T.R.C/ C.R.W.)* |
| 05111B | 4 | CRW FREEMAN |

### REASONS FOR GRIEVANCE NON-COMPLIANCE AND/OR ACTION REQUIRED RESPONSE

**Your grieved issue is not being processed due to the checked area(s) below. This grieved issue will not be assigned a control #, cannot be appealed and remedies cannot be exhausted**

- ☐ The grieved issue is one of the following non-grievable matters: formulation of departmental policies, inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.
- ☒ The grieved issue did not occur within the last 15 calendar days nor is it an allegation is of sexual assault, harassment, voyeurism, or abuse. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.)
- ☐ The grieved issue is a repeat submission of a grievance collected within the last 15 calendar days.
- ☐ The grieved issue is a repeat submission of a grievance that previously received a response and was appealed.
- ☐ The grieved issue is repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days
- ☐ Offensive or harassing language was used
- ☐ The grievance form contains more than one issue.
- ☐ The grievance issue pertains to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.
- ☐ Other reason not listed

### RAZÓN PORQUE LA QUEJA NO ES CONFORME Y/O ACCIÓN REQUERIDA

**El asunto quejado no se está procesando por las siguientes razones que están marcadas debajo. El asunto quejado no se le asignará un número de control, no puede ser apelado y los remedios no se pueden agotar.**

- ☐ El asunto de la queja es uno de los siguientes temas, que no se consideran quejas formales: Formulación de reglas del departamento, clasificación del detenido incluyendo designación del detenido, tal como riesgo de seguridad o custodia de protección para los detenidos, o decisiones del oficial de audiencias disciplinarias para los detenidos.
- ☐ El asunto de la queja debe haber ocurrido dentro de los 15 días calendario, y no se trata de acoso sexual, hostigamiento, voyerismo, o abuso. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).
- ☐ El asunto de la queja no debe ser repetido de una queja que fue sometido dentro los 15 días calendarios.
- ☐ El asunto de la queja es una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta o ya ha sido apelada.
- ☐ El asunto de la queja es una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y usted decidió no someter una apelación sobre la decisión dada en los 15 días calendario.
- ☐ El asunto de la queja contiene lenguaje ofensivo o amenazante.
- ☐ La solitud de la queja contiene más de un asunto.
- ☐ El asunto de la queja corresponde asuntos no relacionados con la cárcel, tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.
- ☐ Otra razón

The grieved issue did not occur within the last 15 calendar days.

INMATE WALKER HAD MULTIPLE OPPORTUNITIES TO REPORT INCIDENT BEFORE THE ABOVE TIME frame expired

| NAME OF INDIVIDUAL RESPONDING *(Nombre del personal o presos que tengan información:)* | SIGNATURE OF INDIVIDUAL RESPONDING *(Firma del personal o presos que tengan información)* | DATE *(Fecha)*: |
|---|---|---|
| CRW FREEMAN | CRW Freeman | 6 MAR 18 |

### INMATE SIGNATURE

| INMATE'S SIGNATURE OF RECEIPT *(Firma de recibo del preso)*: | DATE RESPONSE RECEIVED *(Fecha de recibo de respuesta)*: |
|---|---|
| Lawrence Walker | |

(FCN-40c)(AUG 16) (WHITE COPY – INMATE SERVICES) (YELLOW COPY – CRW/PLATOON COUNSELOR) (PINK COPY – INMATE)



COOK COUNTY SHERIFF'S OFFICE

*(Oficina del Alguacil del Condado de Cook)*

Exhibit #7

## NON-COMPLIANT GRIEVANCE RESPONSE FORM

*(Interno no Queja Solicitud Respuesta)*

### INMATE INFORMATION

| PRINT - INMATE LAST NAME *(Apellido del Preso)*: | PRINT - FIRST NAME *(Primer Nombre)*: | INMATE BOOKING NUMBER *(# de identificación del Preso)* |
|---|---|---|
| Walker | Lawrence | 2016-0910021 |
| DIVISION *(División)*: 8RTU | LIVING UNIT *(Unidad)*: 4H | INMATE'S GRIEVANCE FORM DATE *(Fecha)*: 12 MAR 18 |
| INMATE # (SHORT #) *(# Del Preso (# corto))*: 051113 | GRIEVANCE CODE *(Código de Queja)* 410 | DETERMINED BY C.R.W. *(determinado por el T.R.C/C.R.W.)* CRW Freeman |

### REASONS FOR GRIEVANCE NON-COMPLIANCE AND/OR ACTION REQUIRED RESPONSE

**Your grieved issue is not being processed due to the checked area(s) below. This grieved issue will not be assigned a control #, cannot be appealed and remedies cannot be exhausted**

- ☐ The grieved issue is one of the following non-grievable matters: formulation of departmental policies, inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.
- ☒ The grieved issue did not occur within the last 15 calendar days nor is it an allegation is of sexual assault, harassment, voyeurism, or abuse. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.)
- ☐ The grieved issue is a repeat submission of a grievance collected within the last 15 calendar days.
- ☐ The grieved issue is a repeat submission of a grievance that previously received a response and was appealed.
- ☐ The grieved issue is repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days
- ☐ Offensive or harassing language was used
- ☐ The grievance form contains more than one issue.
- ☐ The grievance issue pertains to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.
- ☐ Other reason not listed

### RAZÓN PORQUE LA QUEJA NO ES CONFORME Y/O ACCIÓN REQUERIDA

**El asunto quejado no se está procesando por las siguientes razones que están marcadas debajo. El asunto quejado no se le asignará un número de control, no puede ser apelado y los remedios no se pueden agotar.**

- ☐ El asunto de la queja es uno de los siguientes temas, que no se consideran quejas formales: Formulación de reglas dei departamento, clasificación del detenido incluyendo designación del detenido, tal como riesgo de seguridad o custodia de protección para los detenidos, o decisiones del oficial de audiencias disciplinarias para los detenidos.
- ☐ El asunto de la queja debe haber ocurrido dentro de los 15 días calendario, y no se trata de acoso sexual, hostigamiento, voyerismo, o abuso. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).
- ☐ El asunto de la queja no debe ser repetido de una queja que fue sometido dentro los 15 días calendarios.
- ☐ El asunto de la queja es una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta o ya ha sido apelada.
- ☐ El asunto de la queja es una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y usted decidió no someter una apelación sobre la decisión dada en los 15 días calendario.
- ☐ El asunto de la queja contiene lenguaje ofensivo o amenazante.
- ☐ La solitud de la queja contiene más de un asunto.
- ☐ El asunto de la queja corresponde asuntos no relacionados con la cárcel, tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.
- ☐ Otra razón

The grieved issue did not occur within the last 15 calendar days. Inmate stayed in hospital for 24hrs and was returned to compound

In the future please submit grievance as soon as you return to compound, even if assistance is needed from your CRW.

| NAME OF INDIVIDUAL RESPONDING *(Nombre del personal o presos que tengan información:)* | SIGNATURE OF INDIVIDUAL RESPONDING *(Firma del personal o presos que tengan información)* | DATE *(Fecha)*: |
|---|---|---|
| CRW Freeman | (CRW Freeman) | 14 MAR 18 |

### INMATE SIGNATURE

| INMATE'S SIGNATURE OF RECEIPT *(Firma de recibo del preso)*: | DATE RESPONSE RECEIVED *(Fecha de recibo de respuesta)*: |
|---|---|
| L. Walker | 3/[illegible] |

(FCN-40c)(**AUG 16**) **(WHITE COPY** – INMATE SERVICES) **(YELLOW COPY** – CRW/PLATOON COUNSELOR) **(PINK COPY** – INMATE)

2/28/18

Exhibit F

**COOK COUNTY SHERIFF'S OFFICE**

*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE FORM

*(Formulario de Queja del Preso)*

| CONTROL # | INMATE ID # |
|---|---|
| | |

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !** *(! Para ser llenado solo por el personal de Inmate Services !)*

- ☐ Emergency Grievance
- ☐ Grievance
- ☐ Non-Compliant Grievance
- ☐ Cermak Health Services
- ☐ Superintendent: ____
- ☐ Other: ____

| PRINT - INMATE LAST NAME *(Apellido del Preso):* | PRINT - FIRST NAME *(Primer Nombre):* | INMATE BOOKING NUMBER *(# de identificación del Preso)* |
|---|---|---|
| Walker | Darnell Walker | 20160820021 |
| **DIVISION** *(División):* | **LIVING UNIT** *(Unidad):* | **DATE** *(Fecha):* |
| 5 | 4H | 3/19/18 |

## GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

**Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.**

The grieved issue is not one of the following non-grievable matters: formulation of departmental policies, inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.
The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, harassment, voyeurism, or abuse. If the grievance includes an allegation of sexual assault, harassment, voyeurism, or abuse no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.)
The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.
The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days
The grieved issue must not contain offensive or harassing language.
The grievance form must not contain more than one issue.
The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

## DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA

**El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.**

El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: formulación de reglas del departamento. Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los presos.
El asunto de la queja formal tiene que haber pasado en los últimos 15 días calendarías a menos que la acusación sea de acoso sexual, hostigamiento, voyerismo, o abuso. Si la queja incluye acusaciones de acoso sexual, hostigamiento, voyerismo, o abuso, no existe tiempo límite. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).
El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.
El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.
El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.
El asunto de la queja no puede contener lenguaje ofensivo o amenazante
La solitud de la queja no puede contener más de un asunto.
El asunto de la queja no puede corresponder a asuntos no relacionados con la cárcel tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.

| REQUIRED - DATE OF INCIDENT *(Fecha del Incidente)* | REQUIRED - TIME OF INCIDENT *(Horad del Incidente)* | REQUIRED - SPECIFIC LOCATION OF INCIDENT *(Lugar Específico del Incidente)* | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED *(Nombre y/o Identificación del Acusado)* |
|---|---|---|---|
| [illegible] | | [illegible] | [illegible] |

[illegible handwriting]

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: *(Nombre del personal o presos que tengan información:)* | INMATE SIGNATURE: *(Firma del Preso):* |
|---|---|
| | [signature] |

**SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: |
|---|---|---|
| D. Wilson | [signature] | 3/19/18 |
| **SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):** | **SIGNATURE:** | **DATE REVIEWED:** |
| | | |

Exhibit #9

**COOK COUNTY SHERIFF'S OFFICE**

*(Oficina del Alguacil del Condado de Cook)*

**INMATE GRIEVANCE FORM**

*(Formulario de Queja del Preso)*

| CONTROL # | INMATE ID # |
|---|---|
| | |

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !** *(! Para ser llenado solo por el personal de Inmate Services !)*

- ☐ Emergency Grievance
- ☐ Grievance
- ☐ Non-Compliant Grievance
- ☐ Cermak Health Services
- ☐ Superintendent: ____
- ☐ Other: ____

| PRINT - INMATE LAST NAME *(Apellido del Preso)*: | PRINT - FIRST NAME *(Primer Nombre)*: | INMATE BOOKING NUMBER *(# de identificación del Preso)* |
|---|---|---|
| [illegible] | [illegible] | [illegible] |
| **DIVISION** *(División)* | **LIVING UNIT** *(Unidad)*: | **DATE** *(Fecha)*: |
| [illegible] | 4A | [illegible] |

## GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

**Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.**

The grieved issue is not one of the following non-grievable matters: formulation of departmental policies, inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.
The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, harassment, voyeurism, or abuse. If the grievance includes an allegation of sexual assault, harassment, voyeurism, or abuse no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.)
The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.
The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days
The grieved issue must not contain offensive or harassing language.
The grievance form must not contain more than one issue.
The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

## DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA

**El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.**

El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: formulación de reglas del departamento. Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los presos.
El asunto de la queja formal tiene que haber pasado en los últimos 15 días calendarías a menos que la acusación sea de acoso sexual, hostigamiento, voyerismo, o abuso. Si la queja incluye acusaciones de acoso sexual, hostigamiento, voyerismo, o abuso, no existe tiempo límite. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).
El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.
El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.
El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.
El asunto de la queja no puede contener lenguaje ofensivo o amenazante
La solitud de la queja no puede contener más de un asunto.
El asunto de la queja no puede corresponder a asuntos no relacionados con la cárcel tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.

| REQUIRED - DATE OF INCIDENT *(Fecha del Incidente)* | REQUIRED - TIME OF INCIDENT *(Horad del incidente)* | REQUIRED - SPECIFIC LOCATION OF INCIDENT *(Lugar Especifico del Incidente)* | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED *(Nombre y/o Identificación del Acusado)* |
|---|---|---|---|
| [illegible] | [illegible] | [illegible] | |

[illegible]

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: *(Nombre del personal o presos que tengan información:)* | INMATE SIGNATURE: *(Firma del Preso)*: |
|---|---|
| | [signature] |

**SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: |
|---|---|---|
| [illegible] | [signature] | 3/19/18 |
| **SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):** | **SIGNATURE:** | **DATE REVIEWED:** |
| | | |

**COOK COUNTY SHERIFF'S OFFICE**

*(Oficina del Alguacil del Condado de Cook)*

Exhibit # 10

## NON-COMPLIANT GRIEVANCE RESPONSE FORM

*(Interno no Queja Solicitud Respuesta)*

### INMATE INFORMATION

| PRINT - INMATE LAST NAME *(Apellido del Preso)*: | PRINT - FIRST NAME *(Primer Nombre)*: | INMATE BOOKING NUMBER *(# de identificación del Preso)* |
|---|---|---|
| Walton | Lawrence | 20160920021 |
| DIVISION *(División)*: 2 | LIVING UNIT *(Unidad)*: 4A | INMATE'S GRIEVANCE FORM DATE *(Fecha)*: 3-19-18 |
| INMATE # (SHORT #) *(# Del Preso (# corto))*: 05111 | GRIEVANCE CODE (*Código de Queja*) 410 | DETERMINED BY C.R.W. (*determinado por el T.R.C/C.R.W.*) D. Wilson |

### REASONS FOR GRIEVANCE NON-COMPLIANCE AND/OR ACTION REQUIRED RESPONSE

**Your grieved issue is not being processed due to the checked area(s) below. This grieved issue will not be assigned a control #, cannot be appealed and remedies cannot be exhausted**

- ☐ The grieved issue is one of the following non-grievable matters: formulation of departmental policies, inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.
- ☐ The grieved issue did not occur within the last 15 calendar days nor is it an allegation is of sexual assault, harassment, voyeurism, or abuse. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.)
- ☐ The grieved issue is a repeat submission of a grievance collected within the last 15 calendar days.
- ☐ The grieved issue is a repeat submission of a grievance that previously received a response and was appealed.
- ☐ The grieved issue is repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days
- ☐ Offensive or harassing language was used
- ☐ The grievance form contains more than one issue.
- ☐ The grievance issue pertains to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.
- ☐ Other reason not listed

### RAZÓN PORQUE LA QUEJA NO ES CONFORME Y/O ACCIÓN REQUERIDA

**El asunto quejado no se está procesando por las siguientes razones que están marcadas debajo. El asunto quejado no se le asignará un número de control, no puede ser apelado y los remedios no se pueden agotar.**

- ☐ El asunto de la queja es uno de los siguientes temas, que no se consideran quejas formales: Formulación de reglas del departamento, clasificación del detenido incluyendo designación del detenido, tal como riesgo de seguridad o custodia de protección para los detenidos, o decisiones del oficial de audiencias disciplinarias para los detenidos.
- ☐ El asunto de la queja debe haber ocurrido dentro de los 15 días calendario, y no se trata de acoso sexual, hostigamiento, voyerismo, o abuso. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).
- ☐ El asunto de la queja no debe ser repetido de una queja que fue sometido dentro los 15 días calendarios.
- ☐ El asunto de la queja es una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta o ya ha sido apelada.
- ☐ El asunto de la queja es una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y usted decidió no someter una apelación sobre la decisión dada en los 15 días calendario.
- ☐ El asunto de la queja contiene lenguaje ofensivo o amenazante.
- ☐ La solitud de la queja contiene más de un asunto.
- ☐ El asunto de la queja corresponde asuntos no relacionados con la cárcel, tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.
- ☐ Otra razón

410 15 day calendar day violation

Please consult with your attorney regarding your concerns

| NAME OF INDIVIDUAL RESPONDING *(Nombre del personal o presos que tengan información:)* | SIGNATURE OF INDIVIDUAL RESPONDING *(Firma del personal o presos que tengan información)* | DATE (*Fecha*): |
|---|---|---|
| D. Wilson | [signature] | 3/19/18 |

### INMATE SIGNATURE

| INMATE'S SIGNATURE OF RECEIPT (*Firma de recibo del preso*): | DATE RESPONSE RECEIVED (*Fecha de recibo de respuesta*): |
|---|---|
| [signature] Lawrence Walton | |

(FCN-40c)(**AUG 16**) (**WHITE COPY** – INMATE SERVICES) (**YELLOW COPY** – CRW/PLATOON COUNSELOR) (**PINK COPY** – INMATE)

Laurence Walker R74729
P.O. Box 1700
Galesburg Il 61402

U.S. POSTAGE PITNEY BOWES
ZIP 61401 $ 002.20
02 4W
0000332356 APR. 25 2019

2019 APR 30 AM 8:36

04/30/2019-42

Legal Mail

United States District Court
Prisoner Correspondence
219 S. Dearborn
Chicago Il 60604

THIS CORRESPONDENCE IS FROM AN INMATE IN THE ILLINOIS DEPARTMENT OF CORRECTIONS